No. 10–534. CERTAIN UNDERWRITERS AT LLOYD'S, LONDON *v.* LAGSTEIN. C. A. 9th Cir. Certiorari denied.

No. 10–536. MCGUIRE *v.* WISCONSIN. Sup. Ct. Wis. Certiorari denied.

No. 10–538. WINLOCK *v.* DEPARTMENT OF HOMELAND SECURITY. C. A. Fed. Cir. Certiorari denied.

No. 10–556. BADRINAUTH *v.* METLIFE CORP. ET AL. C. A. 3d Cir. Certiorari denied.

No. 10–563. NEEL *v.* OHIO. Ct. App. Ohio, Hamilton County. Certiorari denied.

No. 10–571. ROTTE *v.* INTERNAL REVENUE SERVICE ET AL. C. A. 11th Cir. Certiorari denied.

No. 10–579. JANIGA *v.* QUESTAR CAPITAL CORP. ET AL. C. A. 7th Cir. Certiorari denied.

No. 10–595. ZARRO *v.* NEW YORK. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.

No. 10–597. LACOUR *v.* KILCREASE ET AL. C. A. 5th Cir. Certiorari denied.

No. 10–611. LOGAN *v.* NAPOLITANO, SECRETARY OF HOMELAND SECURITY, ET AL. C. A. 8th Cir. Certiorari denied.

No. 10–615. LUXPRO CORP. *v.* APPLE, INC., FKA APPLE COMPUTER, INC. C. A. 8th Cir. Certiorari denied.

No. 10–636. ALLEN *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 10–5119. CARROLL *v.* THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.